UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Arminda Cespedes             Case No. 20-20169-RAM
        Debtor(s).                    Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Value and Notice of Hearing was sent to all parties on the attached service list on November 24, 2020.

Electronically: Nancy K. Neidich, Trustee

**CERTIFIED MAIL:**

Capital One Bank
c/o Richard Fairbank, CEO
1680 Capital One Drive
McLean, VA 22102-3491

Capital One Bank, N.A.
c/o Richard Fairbank, CEO
4851 Cox Road
Glen Allen, VA 23060

Capital One Bank
c/o CORPORATION SERVICE COMPANY, R.A.
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

First Class Mail:
Debtor(s), Arminda Cespedes
41 E 7 Street #1C
Hialeah, FL 33010-4435

                                                     Respectfully Submitted:

                                                     **ROBERT SANCHEZ, P.A.**
                                                     Attorney for Debtor
                                                     355 West 49th Street
                                                     Hialeah, FL 33012
                                                     Tel. 305-687-8008

                                                     By:/s/ Robert Sanchez_____
                                                     Robert Sanchez, Esq., FBN#0442161