UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Arminda Cespedes           Case No. 20-20169-RAM
        Debtor(s).                Chapter 13
_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Compel Release of Lien or Determine Fully Unsecured Status of Lien and Notice of Hearing was sent to all parties on the attached service list on January 19, 2021.

Electronically: Nancy K. Neidich, Trustee

First Class Mail, unless otherwise noted:

Debtor(s), Arminda Cespedes
41 E 7 Street #1C
Hialeah, FL 33010-4435

Capital One Bank
c/o Richard Fairbank, CEO
1680 Capital One Drive
McLean, VA 22102-3491

**Capital One Bank, N.A. CERTIFIED MAIL**
**c/o Richard Fairbank, CEO**
**4851 Cox Road**
**Glen Allen, VA 23060**

Capital One Bank
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

**PORTFOLIO RECOVERY ASSOCIATES, LLC CERTIFIED MAIL**
**c/o Graves, Christopher Barclay, President**
**120 CORPORATE BLVD., Suite 100**
**NORFOLK, VA 23502**

PORTFOLIO RECOVERY ASSOCIATES, LLC
c/o Graves, Christopher Barclay, President
130 CORPORATE BLVD.
NORFOLK, VA 23502

PORTFOLIO RECOVERY ASSOCIATES, LLC
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

            Respectfully Submitted:

            **ROBERT SANCHEZ, P.A.**
            Attorney for Debtor
            355 West 49th Street
            Hialeah, FL 33012
            Tel. 305-687-8008
            By:/s/ Robert Sanchez