**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Arminda Cespedes                                  Case No.: 20-20169-RAM
                                                                              Chapter 13

_____Debtor(s)_____/

**APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES**
**OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR**

Applicant,  Robert Sanchez, Esq. and the Law Offices of Robert Sanchez, was retained by the debtor to serve in this bankruptcy case as attorney for debtor.   A copy of the retainer agreement is attached as Exhibit "A".   Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

| | | |
|---|---|---|
| Total Fees Requested: | $ | 5,533.00 |
| Total Expenses to be Reimbursed: | $ | 117.00 |
| Amount Received To-Date:<br>**(exclusive of filing fees)** | $ | 1,190.00 |
| Amount to be Paid through Plan: | $ | 4,460.00 |

1. The amount requested, if allowed, will be paid in full after  20   monthly payments under the plan.

2. A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B" for the period from July 28, 2020 to April 13, 2021.

3. Applicant estimates that an additional    n/a     hours will be required to be expended in providing legal services on behalf of the debtor(s) described below:  n/a.

4. The following is a short statement of any unusual, troublesome or unique

aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred:

   Debtor, counsel, and staff had various conversations for the Debtor to fully understand the request for information and documentation, especially to comply with the Trustee's requests and deficiencies for confirmation.

At the time of filing, the Debtor had a vessel with an active lien with the Florida Department of Highway Safety and Motor Vehicles. Debtor was to cramdown the vehicle; however, the claim was filed as fully unsecured resulting in the necessity of filing an alternative motion.

The Claims review was done prior to confirmation.

     5.     The source of compensation previously paid to applicant was  the initial retainer paid by the Debtor.

     6.     Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm.  (If such a sharing arrangement exists, it should be disclosed in this paragraph.)

**WHEREFORE**, Robert Sanchez, Esq. of Robert Sanchez, P.A. respectfully requests that this court enter an order awarding the attorney's fees requested in this application and for any other relief deemed just and proper in the circumstances.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**DATED:** February 25, 2021

          Respectfully Submitted:

          **ROBERT SANCHEZ, P.A.**

        355 W 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008
        By*:__/s/ Robert Sanchez, Esq._____*
        Robert Sanchez, Esq., FBN#0442161
        Attorney for Debtor

cc:    Debtor(s), Arminda Cespedes,
       41 E 7 Street #1C,
       Hialeah, FL 33010-4435

    Chapter 13 Trustee Via CM/ECF
    Nancy K. Neidich
    PO Box 279806
    Miramar, FL 33027

    Assistant US Trustee Via CM/ECF
    51 SW 1st Avenue, #1204
    Miami, FL 33130