# THE BANKRUPTCY CLINIC, P.A.
## Attorney Robert Sanchez
355 W 49TH Street, Hialeah, FL 33012

### CHAPTER 13 BANKRUPTCY RETAINER AGREEMENT

CLIENT: Arminda Cespedes

DATE: 7/28/20

I Arminda Cespedes and _____ (if joint) (herein referred to as "Client(s)") have retained Robert Sanchez, P.A., to represent me in a chapter 13 bankruptcy case and/or a conversion to a Chapter 13. Robert Sanchez, P.A. (herein "Attorney"),

**A. The Client(s) have paid or promised to pay as follows:**

to file.

1. Prior to the filing of the Bankruptcy, Client(s) will pay, for legal services rendered, or to be rendered, in contemplation of and in connection with Client(s)' case.   $ 1500—

2. After the filing of the Bankruptcy, Client(s) will pay, as part of Client(s)' Chapter 13 Plan, for legal services rendered, or to be rendered in connection with Client(s)' case for up to 8.4 hours of legal work at $425.00 per hour.   $ 3460

4. Plus other costs   $ 150-

5. Total Attorney's Fees & Costs [goes on 2016(b) form & Plan]:   $ 46 50

6. Prior to the filing of the bankruptcy, Client(s) will pay the Court's Filing Fee via a money order or cashier's check ONLY made payable to "Robert Sanchez, P.A."   $ 310.00

**7. Grand Total with Attorney's Fees & Costs and Court's Filing Fee:**   $ 4960

The initial payment on the retainer, as well as all monies paid into the plan, are earned fees and are NON-REFUNDABLE _AC_ (initials). The remaining balance of the attorney fees will be by the client through the Chapter 13 Plan. This fee may be reduced at the discretion of the Attorney. All plans are assumed to be between 36 to 60 month plans unless otherwise stated. If the Client's case is dismissed either before or after confirmation, or converted, the Attorney is entitled to the full outstanding attorney fees quoted above without the necessity of court approval or hearing.

Authorization to Collect Administrative Fee: If my case is dismissed and there is money owed to my Attorney, my Attorney may request and collect from the Chapter 13 Trustee their full administrative fees from the funds held by the Trustee without a hearing.

Attorney's Charging Lien: You agree that we may impose a charging lien to collect the unpaid fees and costs. You specifically consent to the imposition of a lien on all real and personal property owned by you individually or jointly with others, to secure sums owed to us. This contract may also be recorded with the clerk of any Court, to guarantee payment of legal fees, interest, and costs. You authorize Attorney to attach to this contract the legal description of all of your real property and/or a description of your personal property, and you understand that said description will become part of this lien. I have fully read this provision and I fully understand that it creates a lien for security, similar to a mortgage, on all real and personal property owned by me, for the purpose of guaranteeing payment in full or all amounts owed to Attorney _AC_ (initials)

Note: Credit counseling and Debtor Education is to be paid directly by the Client(s) to the Credit Counseling Service Agency. The Client is responsible for obtaining and producing to the Attorney a Credit Report at the Client's expense. All other fees are subject to change after a year.

B. Services:

The Services rendered or to be rendered include the following (up to 10 hours of legal work):
1. Verification of debtors' identity, social security number and eligibility for Chapter 13;
2. Timely preparation and filing of petition, schedules, statement of financial affairs, chapter 13 plan (including amended plans), all amendments and all required documents pursuant to the Bankruptcy Code, and Bankruptcy and Local Rules;
3. Service of copies of all filed plans to all creditors and interested parties;
4. Explanation to debtors regarding all debtors' responsibilities, including, but not limited to payments and attendance at the first meeting of creditors;
5. Preparation for and attendance at the first meeting of creditors;
6. Preparation of and attendance at all necessary pre-confirmation motions brought on behalf of debtors;
7. Timely review of all proofs of claim in accordance with Local Rule 2083-1(B);
8. Timely objection to all improper or invalid proofs of claim in accordance with Local Rule 2083-1(B);
9. Preparation for and attendance at all confirmation hearings;
10. Attendance at and defense of all motions against debtors until discharge, conversion or dismissal of the case;
11. Preparation, filing and service of notices of conversions or voluntary dismissals;
12. Preparation, filing and service of motions to deem mortgage current.
13. Service of copies of all filed plans to all creditors and interested parties.
14. Consultations.

This retainer DOES NOT cover the services of the Attorney in handling:
1. Litigation respecting exemptions, discharge or dischargeability of particular debts;
2. Attendance at 2004 Examination (Depositions)
3. 522(f) Motions (removal of Judgment Liens);
4. Obtaining reinstatement figures if the case is dismissed.
5. Audits or any other non-routine matter.

If additional hearings or additional legal work is necessary, Client agrees, subject to court approval, to pay an additional fee of four hundred and twenty five dollars ($425.00) per hour. Client understands that the Attorney will utilize secretaries and paralegals to assist in the work required for the Client's case and that the Attorney will charge a reduced hourly rate of one hundred and twenty five dollars ($125.00) per hour for said services. I have read and fully understand this provision. _AC_ (initials)

### C. Additional court costs and compensation

Additional court costs will be charged under the following circumstances (via money order made payable to "Robert Sanchez, P.A.")

1. Amendments adding creditors; or
2. Any other court required fee.

Additional compensation (Attorney's Fees) will be charged for any additional service not outlined above, including but not limited to:

1. Modification of chapter 13 payment plan;
2. Motion for hardship discharge; Motion to purchase, sell or refinance real property; Motion to rehear, vacate dismissal, shorten prejudice period or reinstate case; Motion to avoid lien; Motion to value a motor vehicle, a motor home, or a manufactured home; Home Mortgage Loan Modification;
3. Motion to value real property;
4. Motions to Vacate Dismissal, (if case is dismissed due to debtor's failure to timely comply with document request, request for signature on amendments, or timely make payments in accordance with the current chapter 13 plan);
5. Motions to sell, motions to refinance, or motions to purchase real or personal property;
6. Any legal work exceeding 10 hours; and/or
7. Conversion of case to a chapter 7.

### D. Miscellaneous fees

1. Client will be charge $50 for any check returned for insufficient funds, close accounts, or uncollected funds.
2. Client will be charged $.15 per page for incoming faxes, copies or pages that need to be printed by the office.

### E. Sale date

If you are filing to stop the sale of real estate to save your home in good faith, Client agrees and understands that all necessary documents and papers must be provided to the attorney, two weeks prior to the scheduled sale of the real estate in order to ensure that the sale is canceled. We agree and understand that filing a case three days or less prior to the sale of the real estate does not guarantee that the sale will be canceled.

In the event that the case and that file the bankruptcy court within one year after the case was open with our office, the attorneys fees are subject to change.

*Coverage Counsel*: Although the attorney does not anticipate having any other attorneys cover hearings, I authorize an appearance attorney to represent me in the instant bankruptcy.

Your file will be discarded six months after the case dismissed or discharge.

### F. Authorization:

Client authorizes Attorney to appear in any action Attorney considers necessary and proper to protect Client's interest in connection with the bankruptcy. Client also authorizes Attorney to sign any payment plans, amended plans, modified payment plans, and authorizes the Attorney to use a reporting service of the Attorney's choosing to obtain the client's Comprehensive Report and Credit Report.

However, it is understood that there are no warranties regarding a successful outcome or the length of time required to conclude a matter, and that any representations made by Attorney or his staff are of opinion only. Client is employing attorney for his services and no specific result is guaranteed.

1. Your signature on this contract shall be authorization for attorneys to file a bankruptcy petition for client via the bankruptcy court electronic case filing system and all other subsequent court filings to the bankruptcy courts electronic case filing system.

2. In the event that your chapter 13 case is dismissed or converted to another chapter, you grant us a limited power of attorney to apply funds on hand with the chapter 13 that would otherwise be forwarded to you or others towards the balance of the chapter 13 feets, if any, and or the chapter 7 feets, if applicable, by granting us the right to endorse your name up on checks from the trustee. We shall give you accounting of funds so applied.

I/we also understand that my bankruptcy petition will not be filed in court until I have paid the entire down payment stated in A(1). Clients have been advised by Attorney, that as of the date of this retainer agreement, clients are not to use any credit cards, and that using them may result in an objection to the bankruptcy based on fraud, substantial abuse of the system, and/or charges may be determined as nondischargeable. Client understands the client must notify this office of any change of address or telephone numbers so as to keep an open line of communication between attorney and client at all times during the bankruptcy case.

I/WE HAVE BEEN GIVEN AN APPOINTMENT TO SIGN OUR BANKRUPTCY PETITION ON _____. FAILURE TO SIGN THE DOCUMENTS ON THE DATE GIVEN, WILL RESULT IN MY/OUR CASE NOT BEING FILED, AS SUCH, WE WILL HOLD OUR ATTORNEY, ROBERT SANCHEZ, P.A., HARMLESS OF ANY LIABILITIES WHICH MAY ARISE THEREFROM.

Signed this _____ day of ___July___ of 20__20__.

_____    _____
CLIENT                          SPOUSE

_____
Robert Sanchez, Esq.
ATTORNEY