**Arminda Cespedes - 20-20169-RAM**     Time Records for Chapter 13 Case (Prior to Confirmation)

| DATE | STAFF | DESCRIPTION | TIME | COST | PRICE/HOUR | SUB TOTAL |
|---|---|---|---|---|---|---|
| 7/28/2020 | RS | Initial Consultation and retainer | 0.9 | | 425 | $382.50 |
| 8/20/2020 | JAG | Reviewed initial documents and responded with letter re: missing info / docs | 1.2 | | 125 | $150.00 |
| 8/25/2020 | JAG | Second review and missing docs pending still | 0.9 | | 125 | $112.50 |
| 8/26/2020 | JAG | Email from client and responded | 0.2 | | 125 | $25.00 |
| 8/31/2020 | JAG | Returned client call | 0.3 | | 125 | $37.50 |
| 9/2/2020 | JAG | Email to client re: list and blank application; | 0.2 | | 125 | $25.00 |
| 9/3/2020 | JAG | Another email to client; same | 0.1 | | 125 | $12.50 |
| 9/4/2020 | JAG | Returned client call | 0.2 | | 125 | $25.00 |
| 9/18/2020 | JAG | Signing appointment and filed case with plan | 1.7 | | 125 | $212.50 |
| 9/18/2020 | JAB | Reviewed documents and schedules | 0.3 | | 425 | $127.50 |
| 9/21/2020 | JAG | Returned client call | 0.1 | | 125 | $12.50 |
| 9/22/2020 | JAB | Received 341 Notice and sent out | 0.1 | | 425 | $42.50 |
| 9/22/2020 | JAG | Call to client for additional documents; Sent her amended 341 letter | 0.4 | | 125 | $50.00 |
| 9/29/2020 | JAB | Client consultation | 0.3 | | 425 | $127.50 |
| 9/30/2020 | JAG | Staff and JAG explained 341 letter once more | 0.2 | | 125 | $25.00 |
| 10/2/2020 | JAB | 341 explanation | 0.1 | | 425 | $42.50 |
| 10/8/2020 | JAB | Client consultation: 341 Review | 0.3 | | 425 | $127.50 |
| 10/8/2020 | JAG | Uploaded Trustee Docs and filed amended schedules with request for confirmation | 0.6 | | 125 | $75.00 |
| 10/15/2020 | JAG | Client consultation; letter to client | 0.3 | | 125 | $37.50 |
| 10/15/2020 | JAB | Reviewed Trustee's Deficiency for Confirmation; 1AP prep; | 0.3 | | 425 | $127.50 |
| 10/16/2020 | JAG | Client call re: fax and attempted emails | 0.2 | | 125 | $25.00 |
| 10/20/2020 | JAG | Uploaded Trustee Docs | 0.1 | | 125 | $12.50 |
| 10/29/2020 | JAB | Reviewed Trustee's Deficiency for Confirmation | 0.2 | | 425 | $85.00 |
| 11/5/2020 | JAG | Various calls from client | 0.3 | | 125 | $37.50 |
| 11/6/2020 | JAG | Call from client and filed 1AP w/ COS | 0.3 | | 125 | $37.50 |
| 11/6/2020 | JAB | Reviewed letter of explanation | 0.1 | | 425 | $42.50 |
| 11/10/2020 | JAG | Call from client | 0.1 | | 125 | $12.50 |
| 11/20/2020 | JAG | File 2AP w/ COS | 0.2 | | 125 | $25.00 |
| 11/23/2020 | JAB | Reviewed Trustee's Deficiency for Confirmation | 0.2 | | 425 | $85.00 |
| 11/24/2020 | JAB | Prepared and filed MTV and served ($7.00 x 3) | 0.7 | $21.00 | 425 | $297.50 |
| 12/4/2020 | JAG | Called client | 0.2 | | 125 | $25.00 |
| 12/21/2020 | JAB | Order continuing confirmation received | 0.1 | | 425 | $42.50 |
| 12/28/2020 | JAG | COS filed on Order continuing confirmation | 0.1 | | 125 | $12.50 |
| 12/30/2020 | JAB | Reviewed Trustee's Deficiency for Confirmation | 0.2 | | 425 | $85.00 |
| 1/4/2021 | JAG | Call from client | 0.2 | | 125 | $25.00 |
| 1/6/2021 | JAB | Client consultation; re Yamaha Lien; call with JAG | 0.6 | | 425 | $255.00 |
| 1/6/2021 | JAB | Contacted creditors re Yamaha | 1.1 | | 425 | $467.50 |
| 1/6/2021 | JAG | Spoke with JAB re Yamaha; amended chapter 13 plan; | 0.4 | | 125 | $50.00 |

| Date | Initials | Description | Hours | Costs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/7/2021 | JAG | Call from client re: Tolling waiver | 0.1 | | 125 | $12.50 |
| 1/8/2021 | JAG | Call from client re: Tolling waiver and letter from another lawfirm | 0.2 | | 125 | $25.00 |
| 1/8/2021 | JAB | Sent client email re AP; Amended schedules; and tolling waiver | 0.2 | | 425 | $85.00 |
| 1/11/2021 | JAG | Filed Amended Schedules | 0.2 | $32.00 | 125 | $25.00 |
| 1/15/2021 | JAB | Order continuing confirmation received | 0.1 | | 425 | $42.50 |
| 1/15/2021 | JAG | Filed COS on Order continuing confirmation | 0.1 | | 125 | $12.50 |
| 1/19/2021 | JAB | Prepared and filed Motion to Compel and COS ($7.00 x 2) | 0.8 | $14.00 | 425 | $340.00 |
| 1/22/2021 | JAB | Order continuing confirmation received | 0.1 | | 425 | $42.50 |
| 1/26/2021 | JAG | Filed COS on Order continuing confirmation | 0.1 | | 125 | $12.50 |
| 1/27/2021 | JAB | Reviewed Trustee's Deficiency for Confirmation | 0.2 | | 425 | $85.00 |
| 2/2/2021 | JAB | Reviewed Trustee's Amended Deficiency for Confirmation | 0.3 | | 425 | $127.50 |
| 2/8/2021 | JAG | Call from client re: Upcoming hearing | 0.1 | | 125 | $12.50 |
| 2/10/2021 | JAB | Order continuing confirmation received | 0.1 | | 425 | $42.50 |
| 2/11/2021 | JAB | Withdrew MTV; Motion to Compel granted uploaded Order | 0.2 | | 425 | $85.00 |
| 2/12/2021 | JAB | Received Order granting | 0.1 | | 425 | $42.50 |
| 2/12/2021 | JAG | Prepared and filed COS on continued confirmation | 0.2 | | 125 | $25.00 |
| 2/17/2021 | JAB | Filed COS on Order granting | 0.1 | | 425 | $42.50 |
| 2/23/2021 | JAB | Reviewed Trustee's Deficiency for Confirmation | 0.2 | | 425 | $85.00 |
| 2/25/2021 | JAB | Claims check; Prepared 3AP to increase per deficiency and filed | 0.6 | | 425 | $255.00 |
| 2/26/2021 | JAB | Prepared and file Fee Application | 1 | | 425 | $425.00 |
| 3/4/2021 | JAB | Client consultation; client requested [PROJECTED TIME] | 0.5 | | 425 | $212.50 |
| 3/9/2021 | JAB | Attend Confirmation Hearings [PROJECTED TIME] | 0.3 | $50.00 | 425 | $127.50 |
| 4/13/2021 | JAB | Attend Fee Application and Confirmation Hearing [PROJECTED TIME] | 0.3 | $50.00 | 425 | $127.50 |
| | | **TOTAL OFFICE TIME** | 20.1 | | | $5,692.50 |
| | | **TOTAL FEES and COSTS** | $5,692.50 | $167.00 | | $5,859.50 |