

ORDERED in the Southern District of Florida on April 16, 2021.

Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In re:  Arminda Cespedes              Case No.:20-20169-RAM
                                      Chapter 13

_____Debtor(s)_____/

## ORDER GRANTING APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR

**THIS APPLICATION** came to be heard on  April 13, 2021 at 9:00 AM  upon the Debtors' Counsel's Application for Compensation for Professional Services or Reimbursement of Expenses (herein the "Application") [ECF#54], and based upon the record, it is

**ORDERED**:

1. The Debtor's Counsel, Robert Sanchez, Esq. of Robert Sanchez, P.A., is awarded the sum of $5,533.00 in attorney's fees and costs in the amount of $117.00 for a total of $5,650.00 for the period sought in the Application. The balance due of $4,460.00 is to be paid pursuant to the Debtor's Chapter 13 Plan.

# # #

Robert Sanchez, Esq. is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.

Respectfully Submitted By:
Robert Sanchez, Esq., FBN#0442161
Attorney for Debtor
ROBERT SANCHEZ, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008